tor, etc., against the Union Bag & Paper Company. No opinion. Order affirmed, with $10 costs and disbursements.

COFFEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellant Division, Second Department. October 9, 1903.) Action by Catherine Coffey against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

GOODRICH, P. J., and JENKS, J., dissent.

COLEMAN et al., Respondents, v. VILLAGE OF CASTILE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Lucy A. Coleman and others against the village of Castile. No opinion. Judgment affirmed, with costs.

COLLIER, Appellant, v. COLE, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by William J. Collier, as trustee, etc., against Sarah Cole. No opinion. Judgment affirmed, with costs.

COLLIER, Appellant, v. COLE, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by James A. Collier, as trustee in bankruptcy of the estate of Theodore Shay, against Sarah Cole. No opinion. Motion denied.

COOK, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Jane Cook against Levi Smith and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

COOPER, Appellant, v. BROOKLYN TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Alfred Cooper against the Brooklyn Trust Company, as executor, etc., of Mary F. Raymond, deceased. No opinion. Reargument ordered for Wednesday, September 30, 1903.

COPELAND, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Louie A. Copeland against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

CRONIN, Respondent, v. SCHAFFER, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Michael J. Cronin against William Schaffer. No opinion. Judgment of the Municipal Court affirmed, with costs.

CROSS, Appellant, v. CURRAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Alfred F. Cross against Francis Curran and others. No opinion. Judgment affirmed, with costs.

CROWE, Respondent, v. WILSON & BAILLIE MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Frank A. Crowe, as receiver of the partnership property of Carroll & Lawler, against the Wilson & Baillie Manufacturing Company. No opinion. Judgment affirmed, with costs.

CULLINAN, Com'r, Respondent, v. FIDELITY & DEPOSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Patrick W. Cullinan, as commissioner, against the Fidelity & Deposit Company of Maryland. F. H. Platt, for appellant. H. H. Kellogg, for respondent. No opinion. Judgment and order affirmed, with costs.

DAVENPORT, Public Adm'r, Appellant, v. ANGELO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by William B. Davenport, public administrator, etc., against William Angelo, individually, etc., and Agnes K. Hickey. No opinion. Motion granted.

DAW, Respondent, v. LIPPERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by John L. Daw against Leo Lippert and another. No opinion. Judgment affirmed, with costs.

DICKINSON, Appellant, v. EARLE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Charles C. Dickinson against Eugene M. Earle and others. H. D. Luce, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DIEHL, Respondent, v. WATSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by George H. Diehl, Jr., against J. Peregrine Watson. No opinion. Appeal ordered on November term calendar, upon payment of $10 costs.

DOODY, Respondent, v. ROTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Thomas F. Doody, Jr., an infant, by Thomas F. Doody, his guardian ad litem, against Henry Roth and Joseph Berkowitz. No opinion. Order affirmed, with $10 costs and disbursements.

DONOVAN, Respondent, v. WEED et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Richard J. Donovan against William R. Weed and another. No opinion. Motion denied.

DUNLOP v. MULRY et al. (Supreme Court, Special Term, New York County.) Action by